No. 92–476. ARRIBA, LTD. *v.* PETROLEOS MEXICANOS. C. A. 5th Cir. Certiorari denied.

No. 92–477. COLORADO INTERSTATE GAS CO. *v.* NATURAL GAS PIPELINE COMPANY OF AMERICA ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–480. LEVY ET AL. *v.* COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–509. BENNING *v.* IOWA ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 92–512. ASLANIAN ET AL. *v.* WILSON, GOVERNOR OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–525. CALIFORNIA *v.* OTTO ET AL. Sup. Ct. Cal. Certiorari denied.

No. 92–527. BOERBOOM INTERNATIONAL, INC., ET AL. *v.* AMERICAN COMPUTER TRUST LEASING ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–529. CLARK ET AL. *v.* THATCHER, FORMER PRIME MINISTER OF GREAT BRITAIN, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 92–541. MOORE *v.* VOLKSWAGEN OF AMERICA, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–542. CALIFORNIA *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE (NEWMAN ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 92–543. COTTON *v.* UNITED STATES; and
No. 92–5971. HAUSER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 968 F. 2d 309.

No. 92–562. CAMING *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–567. BOUTROSS ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.